**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Tatiana Garcia

                     Plaintiff,

v.                                             Case No.: 1:19−cv−05774

                                                          Honorable Gary Feinerman

Corey Deanes, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 3, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Defendant City of Chicago's motion to dismiss Count III and IV and to strike Plaintiff's prayer for equitable relief [37] is entered and continued. Plaintiff shall respond to the motion by 2/19/2020; Defendant City shall reply by 3/4/2020. Motion hearing set for 2/4/2020 [52] is stricken. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.